**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*Donna Bailey v. Bayer Corporation, et al.*              No. 3:13-cv-10200-DRH

*Rosalind Barbieux v. Bayer Corporation, et al.*       No. 3:12-cv-10538-DRH

*Elise Brown v. Bayer Corporation, et al.*               No. 3:11-cv-12658-DRH

*Kristen Callahan v. Bayer Corporation, et al.*         No. 3:12-cv-10543-DRH

*Nicole Curtis v. Bayer Corporation, et al.*             No. 3:10-cv-10326-DRH

*Laurie Haefele v. Bayer Corporation, et al.*           No. 3:11-cv-13334-DRH

*Christina Juarez v. Bayer Corporation, et al.*        No. 3:10-cv-20039-DRH

*Trista Kellos v. Bayer Corporation, et al.*             No. 3:12-cv-10415-DRH

*Betsy Anne Pittman v. Bayer Corporation, et al.*   No. 3:11-cv-20175-DRH

*Carla Wesner v. Bayer HealthCare LLC, et al.*      No. 3:12-cv-11062-DRH

*Gina Zilmer v. Bayer Corporation, et al.*              No. 3:12-cv-10542-DRH

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

   **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 26, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**


                              **BY:   /s/*Caitlin Fischer***
                                   **Deputy Clerk**


**Dated:** August 26, 2014

                              Digitally signed
                              by David R.
                              Herndon
                              Date: 2014.08.26
                              14:52:16 -05'00'
   **APPROVED:**

        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**